

# THE LAMBROU LAW FIRM P.C.
### ATTORNEYS AT LAW | A PROFESSIONAL CORPORATION

**45 Broadway, Suite 3150**
**New York, New York 10006**
**(212) 285-2100 Fax (212) 285-2110**
www.TellTheFirm.com

**Representing Clients for Over Two Decades**

Lambros Y. Lambrou*

Lucas Franken#

Of Counsel

Terrence Tarver^
James Trainor•
Dennis Desousa+

Office Manager
Cesilia Rivera

March 26, 2024

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
40 Foley Square, Chambers Room 2101
New York, New York 10007

> The parties shall file a stipulation of dismissal or a joint status letter on or before May 10, 2024.
> This action is hereby STAYED pending further order or dismissal.
> So ordered:
> 3/27/2024

**Re:   Joelle Amar v. 195 Realty LLC**
**1:23-CV-06531**

Dear Judge Oetken,

*[signature]*
J. PAUL OETKEN
United States District Judge

I write today with the consent of all parties.

Please be advised that the parties have completed the SDNY Mediation process in this matter on March 21, 2024, and we are happy to report that we have agreed on a settlement in principle. To date, we have not received the closing papers that the defendant wishes to prepare to settle this matter formally and finally.

As such, we ask the court to allow the parties 30 to 45 days to file a stipulation of dismissal so that during that time the parties can finalize closing papers (general release, etc..), receive payment and have that payment clear. The filing of a stipulation of dismissal before that will result in the court losing jurisdiction over this matter hence making any settlement issues that may arise, although not anticipated, far more complex.

We thank the court in advance for its attention and consideration.

Very truly yours,
**THE LAMBROU LAW FIRM PC**

*[signature]*

By:   LAMBROS Y. LAMBROU, ESQ.

LYL/cv
CC: Gail Davey, Esq. *Via ECF*

**Upstate New York Office**
(Not for Service)
195 County Route 65
East Windham, NY 12439
By Appointment Only

**New Jersey Office**
LAMBROU LAW P.L.LC.
101 Hudson St, 21st Fl., Suite 2183
Jersey City, NJ 07302
Tel. (201) 899-4878
Fax (866) 777-8869

**Florida Office**
LAMBROU LAW P.L.L.C.
888 SE 3rd Ave., Suite 400
Fort Lauderdale, FL 33316
Tel. (954) 947-5555
Fax (866) 777-8869

**Pennsylvania Office**
LAMBROU LAW P.L.L.C.
1650 Market Street 36th Fl.
Philadelphia, PA 19103
Tel. (215) 910-4878
Fax (866) 777-8869

*Admitted New York, Florida, Pennsylvania, Connecticut, New Jersey & The District of Columbia • Admitted in New York & New Jersey
# Admitted New York, New Jersey & South Carolina +Admitted New York & California ^ Admitted in New York & Louisiana